1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00155-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| DONTAVIA JONES, | |
| Defendant. | |

9

10    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for

11    Friday, July 11, 2025 at 4:00 p.m. be vacated and continued to August 25, 2025          at the

12    hour of        4:00 p.m.  in LV Courtroom 3B.

13          DATED this  7th  of July 2025.

14

15    _____

16    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

3